UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/27/2025__
```

ALEXANDER GOMEZ,

                            Plaintiff,

            -against-                                25-CV-02430 (MMG)

RADIO WAVE LLC, et al.,                              **ORDER**

                            Defendants.

MARGARET M. GARNETT, United States District Judge:

    It is hereby ORDERED that, within thirty (30) days of service of the summons and
complaint upon each Defendant, the parties must meet and confer for at least one hour in a good-
faith attempt to settle this action.  In their discussions, the parties should consider whether
Plaintiff has satisfied the threshold requirement of standing.  *See e.g.*, *Calcano v. Swarovski N.
Am. Ltd.*, 36 F.4th 68, 77–78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443–44
(2d Cir. 2022).

    To the extent the parties are unable to settle the case themselves, they must also discuss
whether further settlement discussions through the district's court-annexed mediation program or
before a Magistrate Judge would be productive at this time.

    It is FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five
(45) days of service of the summons and complaint), the parties must submit a joint letter
informing the Court whether the parties have settled.  If the parties do not reach a settlement, the
parties shall in the joint letter request that the Court either (1) refer the case to mediation or to a
Magistrate Judge for a settlement conference (and indicate a preference between the two
options), or (2) proceed with an initial status conference.  The letter shall also indicate whether
Defendants intend to answer or move to dismiss the complaint.  If Defendants intend to move to
dismiss, the letter shall briefly (in no more than one paragraph) set forth Defendants' basis for its
anticipated motion.

    The deadline for Defendants to answer or otherwise respond to the complaint is STAYED
pending the submission of the joint letter.  After the parties file the letter, the Court will enter an
order setting a deadline for Defendants to answer or setting a briefing schedule for the motion to
dismiss.

    **Counsel who have entered a notice of appearance as of the issuance of this Order are
directed (1) to notify counsel for all other parties in this action who have not yet appeared
by serving upon each of them a copy of this order and the Court's Individual Rules &
Practices ("Individual Rules"), available at https://nysd.uscourts.gov/hon-margaret-m-
garnett, forthwith, and (2) to file proof of such notice with the Court.**  If unaware of the

identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Individual Rules to that party personally.

Dated: March 27, 2025
        New York, New York

                                                SO ORDERED.

                                                _____
                                                MARGARET M. GARNETT
                                                United States District Judge