UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

       Plaintiff,

-against-

RADIO WAVE LLC, et al.,

       Defendants.

25-CV-02430 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

 It is hereby ORDERED that the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether Plaintiff has satisfied the threshold requirement of standing. *See e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77–78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443–44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

 It is FURTHER ORDERED that, no later than **August 1, 2025**, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court either (1) refer the case to mediation or to a Magistrate Judge for a settlement conference (and indicate a preference between the two options, if any), or (2) proceed with scheduling an initial status conference.

Dated: July 17, 2025
   New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge